AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1326(a) – Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Imprisonment: 2 years
Fine: $250,000
Supervised release: 1 year
Special assessment: $100

FILED AUG 1 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ ISYDRO ALCANTAR-RODRIGUEZ

DISTRICT COURT NUMBER
**CR08-542 CW**

FILED AUG 1 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 4-08-70519WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JOSHUA HILL, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction          } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT          Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

E-filing

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR08-542 CW

ISYDRO ALCANTAR-RODRIGUEZ,

DEFENDANT(S).

## INDICTMENT

8 U.S.C. §§ 1326(a) – Deported Alien Found In United States

A true bill.

_____ Foreman

Filed in open court this __13__ day of
__August 2008__.

_____ Clerk

Bail, $ __No process.__   8/13/08

E-filing

JOSEPH P. RUSSONIELLO
United States Attorney

FILED

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR08-542 CW |
| Plaintiff, ) | VIOLATION: 8 U.S.C. §§ 1326(a) – Deported Alien Found In United States |
| v. ) | |
| ISYDRO ALCANTAR-RODRIGUEZ, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

1. On or about May 3, 2001, defendant ISYDRO ALCANTAR-RODRIGUEZ was removed, excluded, and deported from the United States.

2. After May 3, 2001, defendant ISYDRO ALCANTAR-RODRIGUEZ knowingly and voluntarily reentered and remained in the United States.

3. On or about July 30, 2008, in the Northern District of California, the defendant,

ISYDRO ALCANTAR-RODRIGUEZ,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for

INDICTMENT
U.S. v. ALCANTAR-RODRIGUEZ

1 | admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

2 | DATED:    August 13, 2008                                A TRUE BILL

                                                              /s/ signature
4 |                                                           FOREPERSON

5 |
6 | JOSEPH P. RUSSONIELLO
    United States Attorney

7 |
8 | /s/ signature
    W. DOUGLAS SPRAGUE
9 | Chief, Oakland Branch

10 |
11 | (Approved as to form: /s/ signature )
     AUSA J. HILL

12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2

INDICTMENT
U.S. v. ALCANTAR-RODRIGUEZ