**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Criminal Minute Order**

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 9/3/08**

**Plaintiff:** United States

**v.** **No.** CR-08-00542 CW

**Defendant:** Isydro Alcantar-Rodriguez (present - in custody interpreter used)

**Appearances for Plaintiff:**
Josh Hill

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**

**Hearing: Change of Plea and Sentencing**

**Notes:** Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count Indictment charging illegal entry into the U.S. following deportation in violation of 8 USC 1326(a). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Defendant waives his right to a PSR and requests immediate sentencing (fast-track). Court follows Plea Agreement. Court finds Adjusted Offense Level 2, Criminal History IV, leading to a Guideline Range of 0-6 months. The Court sentences the defendant to 28 days time served (the defendant is eligible to be released to ICE detainer)_to be followed by one year supervised release under the usual terms and conditions and the special condition the defendant not re-enter the U.S. illegally during the term of supervise release or afterwards. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately. Any remaining counts are dismissed. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers